B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Orlof, Robert** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Orlof, Donna L.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5867** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9604** |
| Street Address of Debtor (No. and Street, City, and State):<br>**8618 Harvest Lane**<br>**Darien, IL**          ZIP Code **60561** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**8618 Harvest Lane**<br>**Darien, IL**          ZIP Code **60561** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>          ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13              of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,          ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) <span>Page 2</span>

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Orlof, Robert**<br>**Orlof, Donna L.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐ Yes, and Exhibit C is attached and made a part of this petition.

    ☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

    ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

    ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

    ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | **Orlof, Robert** <br> **Orlof, Donna L.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Orlof**
Signature of Debtor **Robert Orlof**

X **/s/ Donna L. Orlof**
Signature of Joint Debtor **Donna L. Orlof**

Telephone Number (If not represented by attorney)

**January  5, 2011**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐  Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Roy Safanda**
Signature of Attorney for Debtor(s)

**Roy Safanda 02440806**
Printed Name of Attorney for Debtor(s)

**Safanda Law Firm**
Firm Name

**111 East Side Drive**
**Geneva, IL 60134-2402**

_____
Address

**Email: Plegal@xnet.com**
**(630) 262-1761  Fax: (630) 262-1764**
Telephone Number

**January  5, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois Eastern Division

In re **Robert Orlof**
**Donna L. Orlof**

Debtor(s)

Case No. _____

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Robert Orlof**
                       **Robert Orlof**

Date:    **January  5, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re   **Robert Orlof**
**Donna L. Orlof**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Donna L. Orlof**
                           **Donna L. Orlof**

Date:   **January  5, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois Eastern Division

In re    **Robert Orlof,**
       **Donna L. Orlof**

Case No. _____

_____ ,
                                  Debtors

Chapter_____**7**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 675,000.00 | | |
| B - Personal Property | Yes | 3 | 19,773.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 735,050.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 695,258.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,546.00 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 694,773.00 | | |
| Total Liabilities | | | | 1,430,308.29 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re    **Robert Orlof,**
**Donna L. Orlof**                                                    Case No. _____

_____,    Chapter _____**7**_____
                                        Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Robert Orlof,**
        **Donna L. Orlof**                                                    Case No. _____

_____ ,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single-family residence**<br>**8618 Harvest Lane**<br>**Darien, IL  60561** | **f/s/a** | **J** | **375,000.00** | **393,000.00** |
| **N2316 Old Sauk Rd.**<br>**West Point, WI** | **f/s/a** | **J** | **300,000.00** | **341,500.00** |

|  |  |
|---|---|
| Sub-Total > | **675,000.00** | (Total of this page) |
| Total > | **675,000.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Robert Orlof,**
      **Donna L. Orlof**
                                                                    Case No. _____
_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | J | 25.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking, 5th 3rd, Darien, Il** | J | 100.00 |
| | | **Checking, Bridgview Bank, Bridgeview, IL** | J | 138.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary contents of 3 bedroom home** | J | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **2 adults** | J | 1,200.00 |
| 7.  Furs and jewelry. | | **Wedding ring, watch** | J | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | | **Kemper Life Ins.** | J | 11,310.00 |

Sub-Total >       14,773.00
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert Orlof,**                                    Case No. _____
         **Donna L. Orlof**
_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Robert Orlof,**                                                    Case No. _____
          **Donna L. Orlof**
                                                          ,
                                    Debtors
                        # SCHEDULE B - PERSONAL PROPERTY
                                 (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Ford F350** | J | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >      5,000.00
(Total of this page)

Total >      19,773.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Robert Orlof,**          Case No. _____
         **Donna L. Orlof**

_____ ,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                    *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Other Exemptions** | | | |
| **1. Cash** | **735 ILCS 5/12-1001(b)** | **25.00** | **25.00** |
| **2. Bank Accounts** | **735 ILCS 5/12-1001(b)** | **238.00** | **238.00** |
| **3. Household** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **4. Apparel** | **735 ILCS 5/12-1001(a)** | **1,200.00** | **1,200.00** |
| **5. Jewelry** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **6. Residence** | **735 ILCS 5/12-901** | **30,000.00** | **375,000.00** |
| **7. Life Insur.** | **735 ILCS 5/12-1001(f)** | **11,310.00** | **11,310.00** |
| **8. Auto - F2005 Ford F350** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **5,000.00** |
| **9. Auto - F2005 Ford F350** | **735 ILCS 5/12-1001(b)** | **2,600.00** | **0.00** |
| | Total: | **49,773.00** | **394,773.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Robert Orlof,**            Case No. _____
**Donna L. Orlof**
                                                            ,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **-4720**<br><br>**Archer Bank**<br>**4970 S. Archer Ave.**<br>**Chicago, IL 60632** | X | | J | 2007<br><br>Purchase Money<br><br>1st Mortgage - Refinance<br>Darien | | | | | |
| | | | | Value $           375,000.00 | | | | 393,000.00 | 18,000.00 |
| Account No.<br><br>**Archer Bank**<br>**4970 S. Archer Ave.**<br>**Chicago, IL 60632** | | | J | 2007<br><br>2nd Mortgage - Refiance<br>Darien | | | | | |
| | | | | Value $           375,000.00 | | | | 35,000.00 | 35,000.00 |
| Account No. **-8274**<br><br>**Ford Credit**<br>**POB 790093**<br>**Saint Louis, MO 63179-0093** | | | - | 2006<br><br>Purchase Money<br><br>2005 Ford F350 | | | | | |
| | | | | Value $               5,000.00 | | | | 550.00 | 0.00 |
| Account No. **-8319**<br><br>**Wells Fargo Home Mortgage**<br>**POB 5296**<br>**Carol Stream, IL 60197-5296** | | | J | 2006<br><br>Purchase Money<br><br>1st Mortgage - Refinance<br>Wisconsin | | | | | |
| | | | | Value $           300,000.00 | | | | 306,500.00 | 6,500.00 |

_____0_____ continuation sheets attached

|  | Subtotal<br>(Total of this page) | 735,050.00 | 59,500.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 735,050.00 | 59,500.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Robert Orlof,**                                                                Case No. _____
      **Donna L. Orlof**
                                  ,
              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Robert Orlof,**
       **Donna L. Orlof**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**A Quick Recovery Coll. Agency, LLC** <br>**% Illinois Brick Co.** <br>**9130 Oakwood Dr.** <br>**Country Club Hills, IL 60478** | X | H | **NOTICE ONLY** | | | | 0.00 |
| Account No. <br><br>**A&L's** <br>**1969 Cornell ct.** <br>**Melrose Park, IL 60160** | | H | **2009** <br>**Merchandise** | | | | 2,800.00 |
| Account No. **xxxxx-xxxxx9198** <br><br>**ADT Security Services, Inc.** <br>**14200 E. Exposition Ave.** <br>**Aurora, CO 80012** | X | H | **1998** <br>**Security System** | | | | 428.00 |
| Account No. <br><br>**Al Gore Plumbing & Heating** <br>**% Bennett Law** <br>**10542 S,. Jordan Gateway, Ste. 200** <br>**South Jordan, UT 84095** | X | H | **2009** <br>**Merchandise** | | | | 378.00 |

__16__ continuation sheets attached

Subtotal
(Total of this page)

3,606.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:24484-101201   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Orlof,**
**Donna L. Orlof**                                                          Case No. _____

_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alliance One Receivables Mgmt.**<br>**% Cook County Clerk of Court**<br>**Gig Harbor, WA 98335** | X | H | | **NOTICE ONLY** | | | | 0.00 |
| Account No.<br><br>**Alliance One Receivables Mgmt.**<br>**% Cook County Clerk of Court**<br>**4797 Ruffner St.**<br>**San Diego, CA 92111** | X | H | | **NOTICE ONLY** | | | | 0.00 |
| Account No.<br><br>**Alpine Stained Glass & Door**<br>**6331 Univerisyt Ave.**<br>**San Diego, CA 92115** | X | H | | **2007**<br>**Merchandise** | | | | 715.00 |
| Account No.<br><br>**American Waste Haulers, Inc.**<br>**2100 W. Madison St.**<br>**Maywood, IL 60153** | X | H | | **2009**<br>**Merchandise** | | | | 4,295.00 |
| Account No.<br><br>**Archer Bank**<br>**6859 W. Archer Ave.**<br>**Chicago, IL 60638** | X | H | | **2000**<br>**Merchandise** | | | | 27,501.00 |

Sheet no. _**1**_ of _**16**_ sheets attached to Schedule of                                Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)          **32,511.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Orlof,**
**Donna L. Orlof**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxx-xxxx-2939**<br><br>**Arrow Financial Services GEMoney Bk**<br>**POB 960061**<br>**Orlando, FL 32896-0061** | | H | **2000**<br>**Merchandise** | | | | 2,713.25 |
| Account No. **xxxx8404**<br><br>**Arrow Financial Services, LLC**<br>**POB 960061**<br>**Orlando, FL 32896-0061** | | H | **2000**<br>**Merchandise** | | | | 1,780.00 |
| Account No. **xxxx-xxxx-xxxx-7707**<br><br>**AT&T Universal Card**<br>**% Blatt, Hasenmiller et al.**<br>**125 S. Wacker Dr., Ste. 400**<br>**Chicago, IL 60680-5463** | | H | **2000**<br>**Merchandise** | | | | 13,258.00 |
| Account No. **xxxx-xxxx-xxxx-0443**<br><br>**Bank of America**<br>**Bank Card Services**<br>**PO Box 53136**<br>**Pheonix, AZ 85072** | | W | **2000**<br>**Merchandise** | | | | 23,824.00 |
| Account No. **xxxx-xxxx-xxxx-2507**<br><br>**Bank of America**<br>**655 Papermill Rd.**<br>**Wilmington, DE 19884** | | H | **2000**<br>**Merchandise** | | | | 4,304.00 |

Sheet no. __**2**___ of __**16**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,879.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Orlof,**
**Donna L. Orlof**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Barge Terminal Trucking POB 636 Oswego, IL 60543** | X | H | | 2007 Merchandise | | | | 5,403.00 |
| Account No. **Berry Serota and Assoc. % J. Paulch Construction POB 1008 Arlington Heights, IL 60006** | X | H | | NOTICE ONLY | | | | 0.00 |
| Account No. **Beverly Bank & Trust 10258 S. Western Ave. Chicago, IL 60643** | X | H | | 2010 Def. Judgment | | | | 192,917.04 |
| Account No. **Beverly Bank & Trust 10258 S. Western Ave. Chicago, IL 60643** | X | H | | 2009 Mortg. Def. | | | | 37,759.00 |
| Account No. **Bluff City Material 2252 Southwind Blvd. Bartlett, IL 60103** | X | H | | 2007 Merchandise | | | | 2,295.00 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          238,374.04

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Orlof,**
       **Donna L. Orlof**
                                                                          Case No. _____

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **NOTICE ONLY** | | | | |
| **Calvary Portfolio Services, LLC % Orchard Bank POB 27288 Tempe, AZ 85285-7228** | | H | | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-0955** | | | **2000** **Merchandise** | | | | |
| **Capital One POB 85167 Richmond, VA 23285-5167** | | H | | | | | 952.00 |
| Account No. **xxxx2423** | | | **2000** **Merchandise** | | | | |
| **Capital One POB 85167 Richmond, VA 23285-5167** | | H | | | | | 2,624.00 |
| Account No. | | | **2007** **Merchandise** | | | | |
| **Century Tile 747 E. Roosevelt Rd. Lombard, IL 60148-4791** | X | H | | | | | 9,717.00 |
| Account No. **xxxx-xxxx-xxxx-8470** | | | **2000** **Merchandise** | | | | |
| **Chase Bank POB 659409 San Antonio, TX 78265** | | W | | | | | 8,970.00 |

Sheet no. __4___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **22,263.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Orlof,**  
    **Donna L. Orlof**

Case No. _____

                                    ,  
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **0616** <br><br> **Chase Card Services** <br> **POB 659409** <br> **San Antonio, TX 78265** | | H | | **2000** <br> **Merchandise** | | | | **21,487.00** |
| Account No. <br><br> **Chuhak & Tecson, PC** <br> **30 S. Wacker Dr., Ste. 2600** <br> **% Barge Terminal Trucking** <br> **Chicago, IL 60606-7413** | X | H | | **NOTICE ONLY** | | | | **0.00** |
| Account No. <br><br> **Citicorp Credit Services, Inc.** <br> **% Home Depot Credit Card** <br> **PO 2695** <br> **Waterloo, IA 50704-2695** | | H | | **NOTICE ONLY** | | | | **0.00** |
| Account No. <br><br> **Cook County Clerk** <br> **118 N. Clark St.** <br> **Chicago, IL 60602** | X | H | | **2009** <br> **Tickets** | | | | **685.00** |
| Account No. <br><br> **Crowley & Lamb, PC** <br> **% Beverly Bank and Trust** <br> **350 N. LaSalle St., Ste. 900** <br> **Chicago, IL 60610** | | - | | **NOTICE ONLY** | | | | **0.00** |

| | | |
|---|---|---|
| Sheet no. __5__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **22,172.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Orlof,**
         **Donna L. Orlof**                                                    Case No. _____
                                                                   ,
                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2007 Merchandise | | | | |
| D&P Const. Co., Inc. 8601 W. Bryn Mawr Ave., Ste. 116 Chicago, IL 60631 | X | H | | | | | | 3,969.00 |
| Account No. | | | | 2007 Merchandise | | | | |
| Dan Spillane 530 Keystone Ave. River Forest, IL 60305-1612 | X | H | | | | | | 50,000.00 |
| Account No. | | | | NOTICE ONLY | | | | |
| Edgerton & Edgerton % Drywall Supply 125 Wood St., POB 218 West Chicago, IL 60186 | - | | | | | | | 0.00 |
| Account No. | | | | NOTICE ONLY | | | | |
| Edward Clancy, et al. % Duong 70 W. Madison St., Ste. 3500 Chicago, IL 60602 | - | | | | | | | 0.00 |
| Account No. | | | | 2000 Merchandise | | | | |
| Edward Hines Lumber Co. 5401 N. Wolcott Chicago, IL 60640 | X | H | | | | | | 30,026.00 |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **83,995.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Orlof,**
    **Donna L. Orlof**
                                        **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Elmwood Supply**<br>**7306 W. Grand Ave.**<br>**Chicago, IL 60607-1905** | X | H | | **2008**<br>**Merchandise** | | | | 1,236.00 |
| Account No.<br><br>**Executive Window**<br>**545 Willowbrook Centre Pkwy**<br>**Willowbrook, IL 60527** | X | H | | **2007**<br>**Merchandise** | | | | 1,230.00 |
| Account No.<br><br>**Firstsource Advantage, LLC**<br>**% Capital One Bank**<br>**205 Bryant Wood South**<br>**Buffalo, NY 14228** | | H | | **NOTICE ONLY** | | | | 0.00 |
| Account No.<br><br>**GEM Electric Supply, Inc.**<br>**4784 s. Archer Ave.**<br>**Chicago, IL 60632** | X | H | | **2005**<br>**Merchandise** | | | | 2,609.00 |
| Account No.<br><br>**Hank's blueprint & Supply, Inc.**<br>**7355 West Archer Ave.**<br>**Summit Argo, IL 60501** | X | H | | **2000 et sub.**<br>**Merchandise** | | | | 180.00 |

Sheet no. _**7**_ of _**16**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,255.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Orlof,**
       **Donna L. Orlof**                                            Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2003 Merchandise | | | | |
| Hanson Material Service Corp. 15620 Collections Center Dr. Chicago, IL 60693 | X | H | | | | | 7,095.00 |
| Account No. | | | 2009 Merchandise | | | | |
| Herrera Masonry, Inc. % Tracy Johnson & Wilson 2801 Black Rd., 2nd Fl. Joliet, IL 60435 | X | H | | | | | 7,750.00 |
| Account No. | | | 2000 Merchandise | | | | |
| HSBC Bank Nevada, NA 90 Christiana Rd. New Castle, DE 19720 | | H | | | | | 6,838.00 |
| Account No. | | | NOTICE ONLY | | | | |
| Ian Benson % DeMuynck 1030 S. LaGrange Rd. La Grange, IL 60525 | | - | | | | | 0.00 |
| Account No. | | | 2003 Merchandise | | | | |
| Illinois Brick Company 5191 Paysphere Circle Chicago, IL 60674 | X | H | | | | | 3,000.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,683.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Orlof,**
      **Donna L. Orlof**                                                ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>J. Paluch Construction<br>8633 W. 73rd Pl.<br>Justice, IL 60458 | X | H | 2007<br>Merchandise | | | | 20,924.00 |
| Account No.<br><br>JKS Ventures, Inc.<br>3800 W. Lake St.<br>Melrose Park, IL 60160 | X | H | 2002<br>Merchandise | | | | 1,591.00 |
| Account No.<br><br>John Tatar Co.<br>7841 W. 99th St.<br>Palos Hills, IL 60465 | X | H | 2008<br>Merchandise | | | | 4,100.00 |
| Account No.<br><br>Kieft Brothers, Inc.<br>Dept. CH 17487<br>Palatine, IL 60055-7487 | X | H | 2009<br>Merchandise | | | | 2,526.00 |
| Account No.<br><br>Koby Construction Group, Inc.<br>18101 Hunt Club Dr.<br>Mokena, IL 60448 | X | H | 2008<br>Merchandise | | | | 8,500.00 |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **37,641.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Orlof,**
**Donna L. Orlof**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Kurt Vregel** <br> **1701 E. Lake Ave., Ste. 170** <br> **Glenview, IL 60025-2085** | | - | | **NOTICE ONLY** | | | | 0.00 |
| Account No. <br><br> **Luke McGuire** <br> **1105 Wisconsin Ave.** <br> **Oak Park, IL 60304** | | - | | **NOTICE ONLY** | | | | 0.00 |
| Account No. <br><br> **Martin & Karcazes** <br> **161 N. Clark St., Ste. 550** <br> **Chicago, IL 60601** | | - | | **NOTICE ONLY** | | | | 0.00 |
| Account No. <br><br> **Mc Cann** <br> **38951 Eagle Way** <br> **Chicago, IL 60678-1389** | X | H | | **2000** <br> **Merchandise** | | | | 37,618.00 |
| Account No. <br><br> **McHenry County Supply** <br> **2022 S. Route 31** <br> **McHenry, IL 60050** | X | H | | **2002** <br> **Merchandise** | | | | 1,264.00 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38,882.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Orlof,**
          **Donna L. Orlof**                                                        Case No. _____

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **NOTICE ONLY** | | | | |
| **Michael T. Nigro** **% McCann Industries, Inc.** **1793 Bloomingdale Rd.** **Glendale Heights, IL 60139** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **2008** **Merchandise** | | | | |
| **Mojan Trucking, Inc.** **4839 S. Long Ave.** **Chicago, IL 60638** | X | H | | | | | | |
| | | | | | | | | **21,980.00** |
| Account No. | | | | **NOTICE ONLY** | | | | |
| **Mr. John N. Dore** **% R&J Construction** **134 N. LaSalle St., Ste. 1208** **Chicago, IL 60602** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **1999** **Merchandise** | | | | |
| **Mueller & Co. LLP** **2230 Point Blvd., Ste. 700** **Elgin, IL 60123** | X | J | | | | | | |
| | | | | | | | | **4,282.00** |
| Account No. | | | | **1999** **Merchandise** | | | | |
| **Mueller & Co. LLP** **2230 Point Blvd., Ste. 700** **Elgin, IL 60123** | | J | | | | | | |
| | | | | | | | | **1,120.00** |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **27,382.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Orlof,**
    **Donna L. Orlof**                                                      Case No. _____
                                                                  ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | |
| **Murphy Lomon/George Lyons** **% Service Sanitation** **POB 2206** **Des Plaines, IL 60017-2206** | X | H | | | | | 0.00 |
| Account No. | | | NOTICE ONLY | | | | |
| **National Enterprise Systems** **% Arrow Financial Services-GEMoney** **29125 Solon Rd.** **Solon, OH 44139-3442** | X | H | | | | | 0.00 |
| Account No. | | | NOTICE ONLY | | | | |
| **NCO Financial Systems** **% Bank of America** **507 Prudential Rd.** **Horsham, PA 19044** | | J | | | | | 0.00 |
| Account No. | | | NOTICE ONLY | | | | |
| **NCT Collection Services, Inc.** **% Safeco Surety** **2811 Corporate Way** **Miramar, FL 33025** | X | H | | | | | 0.00 |
| Account No. | | | NOTICE ONLY | | | | |
| **Nigro, Westfall et al.** **% Century Tile** **1793 Bloomingdale Rd.** **Glendale Heights, IL 60139** | X | H | | | | | 0.00 |

Sheet no. __12__ of __16__ sheets attached to Schedule of                          Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Orlof,**                                      Case No. _____
       **Donna L. Orlof**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0005** <br><br> **Orchard Bank** <br> **POB 17051** <br> **Baltimore, MD 21297-1051** | | H | **2000** <br> **Merchandise** | | | | **4,524.00** |
| Account No. <br><br> **OUI OUI Enterprises, LLC** <br> **1601 E. 130th St.** <br> **Chicago, IL 60633** | X | H | **2009** <br> **Merchandise** | | | | **860.00** |
| Account No. <br><br> **Pave Works, Inc.** <br> **% Bellas & Wachowski** <br> **15 North N. Northwest Hwy** <br> **Park Ridge, IL 60068-3339** | X | H | **2009** <br> **Merchandise** | | | | **21,000.00** |
| Account No. <br><br> **Polbro Masonry, Inc.** <br> **7714 Adams St.** <br> **Forest Park, IL 60130-1716** | X | H | **2007** <br> **Merchandise** | | | | **2,300.00** |
| Account No. <br><br> **Prairie Material** <br> **7601 W. 79th St.** <br> **Bridgeview, IL 60455** | X | H | **2000** <br> **Merchandise** | | | | **51,000.00** |

Sheet no. _**13**_ of _**16**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **79,684.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Orlof,**
       **Donna L. Orlof**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **NOTICE ONLY** | | | | |
| **Rathbun, Cservenyak et al.** **% Grand National Conveyor Serv.** **3260 Executive Dr.** **Joliet, IL 60431** | - | | | | | | | **0.00** |
| Account No. | | | | **NOTICE ONLY** | | | | |
| **Raymond A. Boldt** **% TR-R Damroofing, Inc.** **209 E. Park St.** **Mundelein, IL 60060** | X | H | | | | | | **0.00** |
| Account No. | | | | **2009** **2007 Bond** | | | | |
| **Safeco Surety** **2800 W. Higgins Rd.** **Hoffman Estates, IL 60169** | X | H | | | | | | **17,040.00** |
| Account No. | | | | **2006** **Merchandise** | | | | |
| **Service Sanitation** **135 Blaine St.** **Gary, IN 46406** | X | H | | | | | | **908.00** |
| Account No. | | | | **NOTICE ONLY** | | | | |
| **Tate & Kirlin Assoc.** **% Arrow Financial Services, LLC** **2810 Southhampton Rd.** **Philadelphia, PA 19154** | | H | | | | | | **0.00** |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,948.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Orlof,**
       **Donna L. Orlof**
                                                                    Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **NOTICE ONLY** | | | | |
| **Teller, Levitt, & Silvertrust PC** **% Vulcan Construction Materials** **11 E. Adams St., Ste. 800** **Chicago, IL 60603** | | - | | | | | 0.00 |
| Account No. | | | 2009 Merchandise | | | | |
| **TF Systems - The Verticle ICF, Inc.** **330C Holmgren Way** **Green Bay, WI 54304** | X | H | | | | | 2,907.00 |
| Account No. | | | **NOTICE ONLY** | | | | |
| **The Chaet Kaplan Baim Firm** **% Hillside Lumber** **30 N. LaSalle St., Ste. 1520** **Chicago, IL 60602** | | - | | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-8370** | | | 2000 Merchandise | | | | |
| **The Home Depot Credit Card** **Citibank SD, NA** **POB 2547** **Waterloo, IA 50704-2547** | | H | | | | | 3,568.00 |
| Account No. | | | 2006 Merchandise | | | | |
| **TR-R Damroofing, Inc.** **245 N. Garafield** **Mundelein, IL 60060** | X | H | | | | | 7,134.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **13,609.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Orlof,**
      **Donna L. Orlof**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **2005** **Merchandise** | | | | |
| **United Concrete Waukegan, Inc.** **3920 w. Hawthorne Court** **Waukegan, IL 60087** | X | H | | | | | | |
| | | | | | | | | **1,374.00** |
| Account No. | | | | **NOTICE ONLY** | | | | |
| **William Fashag** **16345 W. Glendale Dr.** **New Berlin, WI 53151-2841** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **1,374.00** |
| Total (Report on Summary of Schedules) | **695,258.29** |

B6G (Official Form 6G) (12/07)

.

In re   **Robert Orlof,**
      **Donna L. Orlof**

Case No. _____

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Robert Orlof,**
      **Donna L. Orlof**
                                   ,
                Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bob Orlof Builders, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Al Gore Plumbing & Heating**<br>**% Bennett Law**<br>**10542 S,. Jordan Gateway, Ste. 200**<br>**South Jordan, UT 84095** |
| **Bob Orlof Builders, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **American Waste Haulers, Inc.**<br>**2100 W. Madison St.**<br>**Maywood, IL 60153** |
| **Bob Orlof Builders, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Herrera Masonry, Inc.**<br>**% Tracy Johnson & Wilson**<br>**2801 Black Rd., 2nd Fl.**<br>**Joliet, IL 60435** |
| **Bob Orlof Builders, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Kieft Brothers, Inc.**<br>**Dept. CH 17487**<br>**Palatine, IL 60055-7487** |
| **Bob Orlof Builders, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **OUI OUI Enterprises, LLC**<br>**1601 E. 130th St.**<br>**Chicago, IL 60633** |
| **Bob Orlof Builders, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Pave Works, Inc.**<br>**% Bellas & Wachowski**<br>**15 North N. Northwest Hgwy**<br>**Park Ridge, IL 60068-3339** |
| **Bob Orlof Builders, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **TF Systems - The Verticle ICF, Inc.**<br>**330C Holmgren Way**<br>**Green Bay, WI 54304** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **A Quick Recovery Coll. Agency, LLC**<br>**% Illinois Brick Co.**<br>**9130 Oakwood Dr.**<br>**Country Club Hills, IL 60478** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **ADT Security Services, Inc.**<br>**14200 E. Exposition Ave.**<br>**Aurora, CO 80012** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Alliance One Receivables Mgmt.**<br>**% Cook County Clerk of Court**<br>**Gig Harbor, WA 98335** |

**7**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

In re     **Robert Orlof,**                                          Case No. _____
          **Donna L. Orlof**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Alliance One Receivables Mgmt.**<br>**% Cook County Clerk of Court**<br>**4797 Ruffner St.**<br>**San Diego, CA 92111** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Alpine Stained Glass & Door**<br>**6331 Univerisyt Ave.**<br>**San Diego, CA 92115** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Archer Bank**<br>**6859 W. Archer Ave.**<br>**Chicago, IL 60638** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Archer Bank**<br>**4970 S. Archer Ave.**<br>**Chicago, IL 60632** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Barge Terminal Trucking**<br>**POB 636**<br>**Oswego, IL 60543** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Berry Serota and Assoc.**<br>**% J. Paulch Construction**<br>**POB 1008**<br>**Arlington Heights, IL 60006** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Beverly Bank & Trust**<br>**10258 S. Western Ave.**<br>**Chicago, IL 60643** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Beverly Bank & Trust**<br>**10258 S. Western Ave.**<br>**Chicago, IL 60643** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Bluff City Material**<br>**2252 Southwind Blvd.**<br>**Bartlett, IL 60103** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Century Tile**<br>**747 E. Roosevelt Rd.**<br>**Lombard, IL 60148-4791** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Chuhak & Tecson, PC**<br>**30 S. Wacker Dr., Ste. 2600**<br>**% Barge Terminal Trucking**<br>**Chicago, IL 60606-7413** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Cook County Clerk**<br>**118 N. Clark St.**<br>**Chicago, IL 60602** |

Sheet   **1**   of   **7**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com
Best Case Bankruptcy

In re    **Robert Orlof,**
       **Donna L. Orlof**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **D&P Const. Co., Inc.**<br>**8601 W. Bryn Mawr Ave., Ste. 116**<br>**Chicago, IL 60631** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Dan Spillane**<br>**530 Keystone Ave.**<br>**River Forest, IL 60305-1612** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Edward Hines Lumber Co.**<br>**5401 N. Wolcott**<br>**Chicago, IL 60640** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Elmwood Supply**<br>**7306 W. Grand Ave.**<br>**Chicago, IL 60607-1905** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Executive Window**<br>**545 Willowbrook Centre Pkwy**<br>**Willowbrook, IL 60527** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **GEM Electric Supply, Inc.**<br>**4784 s. Archer Ave.**<br>**Chicago, IL 60632** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Hank's blueprint & Supply, Inc.**<br>**7355 West Archer Ave.**<br>**Summit Argo, IL 60501** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Hanson Material Service Corp.**<br>**15620 Collections Center Dr.**<br>**Chicago, IL 60693** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Illinois Brick Company**<br>**5191 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **J. Paluch Construction**<br>**8633 W. 73rd Pl.**<br>**Justice, IL 60458** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **JKS Ventures, Inc.**<br>**3800 W. Lake St.**<br>**Melrose Park, IL 60160** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **John Tatar Co.**<br>**7841 W. 99th St.**<br>**Palos Hills, IL 60465** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Koby Construction Group, Inc.**<br>**18101 Hunt Club Dr.**<br>**Mokena, IL 60448** |

Sheet __**2**__ of __**7**__ continuation sheets attached to the Schedule of Codebtors

In re    **Robert Orlof,**
       **Donna L. Orlof**
                                                  ,

Case No. _____

                                          Debtors

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Mc Cann**<br>**38951 Eagle Way**<br>**Chicago, IL 60678-1389** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **McHenry County Supply**<br>**2022 S. Route 31**<br>**McHenry, IL 60050** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Mojan Trucking, Inc.**<br>**4839 S. Long Ave.**<br>**Chicago, IL 60638** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Mueller & Co. LLP**<br>**2230 Point Blvd., Ste. 700**<br>**Elgin, IL 60123** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Murphy Lomon/George Lyons**<br>**% Service Sanitation**<br>**POB 2206**<br>**Des Plaines, IL 60017-2206** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **National Enterprise Systems**<br>**% Arrow Financial Services-GEMoney**<br>**29125 Solon Rd.**<br>**Solon, OH 44139-3442** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **NCT Collection Services, Inc.**<br>**% Safeco Surety**<br>**2811 Corporate Way**<br>**Miramar, FL 33025** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Nigro, Westfall et al.**<br>**% Century Tile**<br>**1793 Bloomingdale Rd.**<br>**Glendale Heights, IL 60139** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Polbro Masonry, Inc.**<br>**7714 Adams St.**<br>**Forest Park, IL 60130-1716** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Prairie Material**<br>**7601 W. 79th St.**<br>**Bridgeview, IL 60455** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Raymond A. Boldt**<br>**% TR-R Damroofing, Inc.**<br>**209 E. Park St.**<br>**Mundelein, IL 60060** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Safeco Surety**<br>**2800 W. Higgins Rd.**<br>**Hoffman Estates, IL 60169** |

Sheet __3__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re    **Robert Orlof,**                                        Case No. _____
    **Donna L. Orlof**

_____ ,
Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **Service Sanitation**<br>**135 Blaine St.**<br>**Gary, IN 46406** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **TR-R Damroofing, Inc.**<br>**245 N. Garafield**<br>**Mundelein, IL 60060** |
| **Fidelity Construction, Inc.**<br>**8618 Harvest Lane**<br>**Darien, IL 60561** | **United Concrete Waukegan, Inc.**<br>**3920 w. Hawthorne Court**<br>**Waukegan, IL 60087** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **A Quick Recovery Coll. Agency, LLC**<br>**% Illinois Brick Co.**<br>**9130 Oakwood Dr.**<br>**Country Club Hills, IL 60478** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **ADT Security Services, Inc.**<br>**14200 E. Exposition Ave.**<br>**Aurora, CO 80012** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Alliance One Receivables Mgmt.**<br>**% Cook County Clerk of Court**<br>**Gig Harbor, WA 98335** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Alliance One Receivables Mgmt.**<br>**% Cook County Clerk of Court**<br>**4797 Ruffner St.**<br>**San Diego, CA 92111** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Alpine Stained Glass & Door**<br>**6331 Univerisyt Ave.**<br>**San Diego, CA 92115** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Archer Bank**<br>**6859 W. Archer Ave.**<br>**Chicago, IL 60638** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Archer Bank**<br>**4970 S. Archer Ave.**<br>**Chicago, IL 60632** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Barge Terminal Trucking**<br>**POB 636**<br>**Oswego, IL 60543** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Berry Serota and Assoc.**<br>**% J. Paulch Construction**<br>**POB 1008**<br>**Arlington Heights, IL 60006** |

Sheet __4__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re   **Robert Orlof,**                                    Case No. _____
       **Donna L. Orlof**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Beverly Bank & Trust**<br>**10258 S. Western Ave.**<br>**Chicago, IL 60643** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Beverly Bank & Trust**<br>**10258 S. Western Ave.**<br>**Chicago, IL 60643** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Bluff City Material**<br>**2252 Southwind Blvd.**<br>**Bartlett, IL 60103** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Century Tile**<br>**747 E. Roosevelt Rd.**<br>**Lombard, IL 60148-4791** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Chuhak & Tecson, PC**<br>**30 S. Wacker Dr., Ste. 2600**<br>**% Barge Terminal Trucking**<br>**Chicago, IL 60606-7413** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Cook County Clerk**<br>**118 N. Clark St.**<br>**Chicago, IL 60602** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **D&P Const. Co., Inc.**<br>**8601 W. Bryn Mawr Ave., Ste. 116**<br>**Chicago, IL 60631** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Dan Spillane**<br>**530 Keystone Ave.**<br>**River Forest, IL 60305-1612** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Edward Hines Lumber Co.**<br>**5401 N. Wolcott**<br>**Chicago, IL 60640** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Elmwood Supply**<br>**7306 W. Grand Ave.**<br>**Chicago, IL 60607-1905** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Executive Window**<br>**545 Willowbrook Centre Pkwy**<br>**Willowbrook, IL 60527** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **GEM Electric Supply, Inc.**<br>**4784 s. Archer Ave.**<br>**Chicago, IL 60632** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Hank's blueprint & Supply, Inc.**<br>**7355 West Archer Ave.**<br>**Summit Argo, IL 60501** |

Sheet  **5**  of  **7**  continuation sheets attached to the Schedule of Codebtors

In re  **Robert Orlof,**
       **Donna L. Orlof**

Case No. _____

_____,
                                      Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Hanson Material Service Corp.**<br>**15620 Collections Center Dr.**<br>**Chicago, IL 60693** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Illinois Brick Company**<br>**5191 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **J. Paluch Construction**<br>**8633 W. 73rd Pl.**<br>**Justice, IL 60458** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **JKS Ventures, Inc.**<br>**3800 W. Lake St.**<br>**Melrose Park, IL 60160** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **John Tatar Co.**<br>**7841 W. 99th St.**<br>**Palos Hills, IL 60465** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Koby Construction Group, Inc.**<br>**18101 Hunt Club Dr.**<br>**Mokena, IL 60448** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Mc Cann**<br>**38951 Eagle Way**<br>**Chicago, IL 60678-1389** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **McHenry County Supply**<br>**2022 S. Route 31**<br>**McHenry, IL 60050** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Mojan Trucking, Inc.**<br>**4839 S. Long Ave.**<br>**Chicago, IL 60638** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Mueller & Co. LLP**<br>**2230 Point Blvd., Ste. 700**<br>**Elgin, IL 60123** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Murphy Lomon/George Lyons**<br>**% Service Sanitation**<br>**POB 2206**<br>**Des Plaines, IL 60017-2206** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **National Enterprise Systems**<br>**% Arrow Financial Services-GEMoney**<br>**29125 Solon Rd.**<br>**Solon, OH 44139-3442** |

Sheet __6__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re   **Robert Orlof,**
       **Donna L. Orlof**

                                            Debtors

Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **NCT Collection Services, Inc.**<br>**% Safeco Surety**<br>**2811 Corporate Way**<br>**Miramar, FL 33025** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Nigro, Westfall et al.**<br>**% Century Tile**<br>**1793 Bloomingdale Rd.**<br>**Glendale Heights, IL 60139** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Polbro Masonry, Inc.**<br>**7714 Adams St.**<br>**Forest Park, IL 60130-1716** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Prairie Material**<br>**7601 W. 79th St.**<br>**Bridgeview, IL 60455** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Raymond A. Boldt**<br>**% TR-R Damroofing, Inc.**<br>**209 E. Park St.**<br>**Mundelein, IL 60060** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Safeco Surety**<br>**2800 W. Higgins Rd.**<br>**Hoffman Estates, IL 60169** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **Service Sanitation**<br>**135 Blaine St.**<br>**Gary, IN 46406** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **TR-R Damroofing, Inc.**<br>**245 N. Garafield**<br>**Mundelein, IL 60060** |
| **Tadeusz Sowizrat**<br>**17528 Larkspur Ct.**<br>**Homer Glen, IL 60491** | **United Concrete Waukegan, Inc.**<br>**3920 w. Hawthorne Court**<br>**Waukegan, IL 60087** |

Sheet  **7**  of  **7**  continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **Robert Orlof**                                 Case No. _____
         **Donna L. Orlof**
                       Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): <br> **Dependent** | AGE(S): <br> **5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Residential Remodel** | |
| Name of Employer | **Bob Orlof Bldrs.** | **Unemployed** |
| How long employed | **5 years** | |
| Address of Employer | **8618 Harvest Lane** <br> **Darien, IL 60561** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|      a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|      b. Insurance | $ | 0.00 | $ | 0.00 |
|      c. Union dues | $ | 0.00 | $ | 0.00 |
|      d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 0.00 | |

                                         (Report also on Summary of Schedules and, if applicable, on
                                         Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Robert Orlof**
**Donna L. Orlof**
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,300.00 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes **X** No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 1,152.00 |
| b. Water and sewer | $ | 44.00 |
| c. Telephone | $ | 128.00 |
| d. Other **See Detailed Expense Attachment** | $ | 877.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 75.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 120.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 100.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 600.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,546.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b. Average monthly expenses from Line 18 above | $ | 7,546.00 |
| c. Monthly net income (a. minus b.) | $ | -7,546.00 |

**B6J (Official Form 6J) (12/07)**

In re **Robert Orlof**
**Donna L. Orlof**
_____
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cell** | $ | **300.00** |
| **Cable** | $ | **100.00** |
| **Internet** | $ | **40.00** |
| **Electricity** | $ | **187.00** |
| **Gas** | $ | **250.00** |
| **Total Other Utility Expenditures** | $ | **877.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois Eastern Division

In re    **Robert Orlof**
      **Donna L. Orlof**

                 Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **38**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 5, 2011**           Signature    **/s/ Robert Orlof**

                                               **Robert Orlof**
                                               Debtor

Date   **January 5, 2011**           Signature    **/s/ Donna L. Orlof**

                                               **Donna L. Orlof**
                                               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com           Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois Eastern Division

In re  **Robert Orlof**
    **Donna L. Orlof** _____ Case No. _____
                                             Debtor(s)          Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| AMOUNT | SOURCE |
|---|---|
| **$35,000.00** | **2010 (AGI to date)** |
| **$25,000.00** | **2009** |

---

#### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

         AMOUNT                   SOURCE

2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Beverly Bank & Trust Co., NA v. Sowizra et al 2009 CH 15279** | **Foreclosure** | **Cook County, IL** | **Judgment** |
| **DeMuynck v. Fidelity Const. 05 M1 182675** | **Post-Judgment Collection** | **Cook County, IL** | **Judgment** |
| **Drywall Supply v. Orlof 10 M3 2143** | **Collection** | **Cook County, IL** | **Pending** |
| **Duong v. Orlof 07 M1 222090** | **Post-Judgment Collection** | **Cook County, IL** | **Judgment** |
| **Grand National Conveyor Services, Inc. v. Fidelity Construction Co., Inc. 08 SC 06722** | **Post-Judgment Collection** | **Will County, IL** | **Judgment** |
| **Hillside Lumber v. FCC Construction Co., Inc. 08 L 014122** | **Collection** | **Cook County, IL** | **Pending** |
| **McGuire v. Orlof 10 M4 000881** | **Collection** | **Cook County, IL** | **Pending** |
| **McCann Industries, Inc. v. Orlof et al. 09 AR 1301** | **Post-Judgment Collection** | **DuPage County, IL** | **Judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **R&J Construction v. Orlof et al. 08 M1 163328** | **Post-Judgment Collection** | **Cook County, IL** | **Judgment** |
| **Vulcan Construction Materials, LP v. FCC Construction Co., Inc. et al. 08 M1 171176** | **Post-Judgment Collection** | **Cook County, IL** | **Judgment** |
| **Jhaneri v. Bob Orlof Builders, Inc.** | **Collection** | **Cook County, IL 3rd Dist.** | **Pending** |
| **Wells Fargo Bank, NA v. Debtors 2010 CV 836** | **Foreclosure** | **Circuit Court Columbia County, WI** | **Pending** |
| **Archer Bank v. Debtors 2010 CH 006211** | **Foreclosure** | **Circuit Court DuPage County, IL** | **Pending** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Roy Safanda Safanda Law Firm 111 East Side Drive Geneva, IL 60134-2402** | **12/3/10** | **$2,400.00** |

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Bob Orlof Builders, Inc. | 56-2506383 | d/b/a Planet Construction 8618 Harvest Lane Darien, IL 60561 | Residential Construction | 2005 - Ongoing |
| Fidelity Construction, Inc. | 36-4346617 | 8618 Harvest Lane Darien, IL 60561 | Residential Construction | 1997 - Ongoing |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Debtors**

None
■       b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
        of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                                DATES SERVICES RENDERED

None
☐       c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
        of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS
**Debtors**

None
■       d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
        issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                   DATE ISSUED

### 20. Inventories

None
■       a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
        and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR                   DOLLAR AMOUNT OF INVENTORY
                                                                  (Specify cost, market or other basis)

None
■       b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                           NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                            RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■       a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST                PERCENTAGE OF INTEREST

None
■       b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
        controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE                            NATURE AND PERCENTAGE
                                                                        OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■       a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
        commencement of this case.

NAME                        ADDRESS                                DATE OF WITHDRAWAL

None
■       b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
        immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                            DATE OF TERMINATION

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **January 5, 2011**                    Signature   **/s/ Robert Orlof**
                                                          **Robert Orlof**
                                                          Debtor

Date   **January 5, 2011**                    Signature   **/s/ Donna L. Orlof**
                                                          **Donna L. Orlof**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re    **Robert Orlof**
      **Donna L. Orlof**                                       Case No. _____

                                  Debtor(s)        Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Archer Bank** | **Describe Property Securing Debt:**<br>**1st Mortgage - Refinance**<br>**Darien** |

Property will be (check one):
   ■ Surrendered                 □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Archer Bank** | **Describe Property Securing Debt:**<br>**2nd Mortgage - Refiance**<br>**Darien** |

Property will be (check one):
   ■ Surrendered                 □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Ford Credit** | **Describe Property Securing Debt:**<br>**2005 Ford F350** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>**Wells Fargo Home Mortgage** | **Describe Property Securing Debt:**<br>**1st Mortgage - Refinance**<br>**Wisconsin** |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                              Best Case Bankruptcy

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **January  5, 2011**                              Signature  **/s/ Robert Orlof**
                                                                   **Robert Orlof**
                                                                   Debtor

Date  **January  5, 2011**                              Signature  **/s/ Donna L. Orlof**
                                                                   **Donna L. Orlof**
                                                                   Joint Debtor

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re  **Robert Orlof**
**Donna L. Orlof**
_____

Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,400.00** |
| Prior to the filing of this statement I have received | $ | **2,400.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **January  5, 2011**
_____

**/s/ Roy Safanda**
_____
**Roy Safanda 02440806**
**Safanda Law Firm**
**111 East Side Drive**
**Geneva, IL 60134-2402**
**(630) 262-1761  Fax: (630) 262-1764**
**Plegal@xnet.com**

---

B 201A (Form 201A) (12/09)

---

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois Eastern Division

In re  **Robert Orlof**
**Donna L. Orlof**
_____  Case No. _____
Debtor(s)                                 Chapter    **7**  _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Robert Orlof**
**Donna L. Orlof**                          X  **/s/ Robert Orlof**              **January  5, 2011**
_____              _____
Printed Name(s) of Debtor(s)                   Signature of Debtor              Date

Case No. (if known) _____         X  **/s/ Donna L. Orlof**           **January  5, 2011**
                                               _____
                                               Signature of Joint Debtor (if any)   Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

## United States Bankruptcy Court
### Northern District of Illinois Eastern Division

In re   **Robert Orlof**
**Donna L. Orlof**
_____   Case No. _____
Debtor(s)   Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____   **84**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **January  5, 2011**   **/s/ Robert Orlof**
_____   _____
**Robert Orlof**
Signature of Debtor

Date:   **January  5, 2011**   **/s/ Donna L. Orlof**
_____   _____
**Donna L. Orlof**
Signature of Debtor

A Quick Recovery Coll. Agency, LLC
% Illinois Brick Co.
9130 Oakwood Dr.
Country Club Hills, IL 60478


A&L's
1969 Cornell ct.
Melrose Park, IL 60160


ADT Security Services, Inc.
14200 E. Exposition Ave.
Aurora, CO 80012


Al Gore Plumbing & Heating
% Bennett Law
10542 S,. Jordan Gateway, Ste. 200
South Jordan, UT 84095


Alliance One Receivables Mgmt.
% Cook County Clerk of Court
Gig Harbor, WA 98335


Alliance One Receivables Mgmt.
% Cook County Clerk of Court
4797 Ruffner St.
San Diego, CA 92111


Alpine Stained Glass & Door
6331 Univerisyt Ave.
San Diego, CA 92115


American Waste Haulers, Inc.
2100 W. Madison St.
Maywood, IL 60153


Archer Bank
6859 W. Archer Ave.
Chicago, IL 60638


Archer Bank
4970 S. Archer Ave.
Chicago, IL 60632

Arrow Financial Services GEMoney Bk
POB 960061
Orlando, FL 32896-0061


Arrow Financial Services, LLC
POB 960061
Orlando, FL 32896-0061


AT&T Universal Card
% Blatt, Hasenmiller et al.
125 S. Wacker Dr., Ste. 400
Chicago, IL 60680-5463


Bank of America
Bank Card Services
PO Box 53136
Pheonix, AZ 85072


Bank of America
655 Papermill Rd.
Wilmington, DE 19884


Barge Terminal Trucking
POB 636
Oswego, IL 60543


Berry Serota and Assoc.
% J. Paulch Construction
POB 1008
Arlington Heights, IL 60006


Beverly Bank & Trust
10258 S. Western Ave.
Chicago, IL 60643


Bluff City Material
2252 Southwind Blvd.
Bartlett, IL 60103


Bob Orlof Builders, Inc.
8618 Harvest Lane
Darien, IL 60561

Calvary Portfolio Services, LLC
% Orchard Bank
POB 27288
Tempe, AZ 85285-7228


Capital One
POB 85167
Richmond, VA 23285-5167


Century Tile
747 E. Roosevelt Rd.
Lombard, IL 60148-4791


Chase Bank
POB 659409
San Antonio, TX 78265


Chase Card Services
POB 659409
San Antonio, TX 78265


Chuhak & Tecson, PC
30 S. Wacker Dr., Ste. 2600
% Barge Terminal Trucking
Chicago, IL 60606-7413


Citicorp Credit Services, Inc.
% Home Depot Credit Card
PO 2695
Waterloo, IA 50704-2695


Cook County Clerk
118 N. Clark St.
Chicago, IL 60602


Crowley & Lamb, PC
% Beverly Bank and Trust
350 N. LaSalle St., Ste. 900
Chicago, IL 60610


D&P Const. Co., Inc.
8601 W. Bryn Mawr Ave., Ste. 116
Chicago, IL 60631

Dan Spillane
530 Keystone Ave.
River Forest, IL 60305-1612


Edgerton & Edgerton
% Drywall Supply
125 Wood St., POB 218
West Chicago, IL 60186


Edward Clancy, et al.
% Duong
70 W. Madison St., Ste. 3500
Chicago, IL 60602


Edward Hines Lumber Co.
5401 N. Wolcott
Chicago, IL 60640


Elmwood Supply
7306 W. Grand Ave.
Chicago, IL 60607-1905


Executive Window
545 Willowbrook Centre Pkwy
Willowbrook, IL 60527


Fidelity Construction, Inc.
8618 Harvest Lane
Darien, IL 60561


Firstsource Advantage, LLC
% Capital One Bank
205 Bryant Wood South
Buffalo, NY 14228


Ford Credit
POB 790093
Saint Louis, MO 63179-0093


GEM Electric Supply, Inc.
4784 s. Archer Ave.
Chicago, IL 60632

Hank's blueprint & Supply, Inc.
7355 West Archer Ave.
Summit Argo, IL 60501


Hanson Material Service Corp.
15620 Collections Center Dr.
Chicago, IL 60693


Herrera Masonry, Inc.
% Tracy Johnson & Wilson
2801 Black Rd., 2nd Fl.
Joliet, IL 60435


HSBC Bank Nevada, NA
90 Christiana Rd.
New Castle, DE 19720


Ian Benson
% DeMuynck
1030 S. LaGrange Rd.
La Grange, IL 60525


Illinois Brick Company
5191 Paysphere Circle
Chicago, IL 60674


J. Paluch Construction
8633 W. 73rd Pl.
Justice, IL 60458


JKS Ventures, Inc.
3800 W. Lake St.
Melrose Park, IL 60160


John Tatar Co.
7841 W. 99th St.
Palos Hills, IL 60465


Kieft Brothers, Inc.
Dept. CH 17487
Palatine, IL 60055-7487


Koby Construction Group, Inc.
18101 Hunt Club Dr.
Mokena, IL 60448

Kurt Vregel
1701 E. Lake Ave., Ste. 170
Glenview, IL 60025-2085

Luke McGuire
1105 Wisconsin Ave.
Oak Park, IL 60304

Martin & Karcazes
161 N. Clark St., Ste. 550
Chicago, IL 60601

Mc Cann
38951 Eagle Way
Chicago, IL 60678-1389

McHenry County Supply
2022 S. Route 31
McHenry, IL 60050

Michael T. Nigro
% McCann Industries, Inc.
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

Mojan Trucking, Inc.
4839 S. Long Ave.
Chicago, IL 60638

Mr. John N. Dore
% R&J Construction
134 N. LaSalle St., Ste. 1208
Chicago, IL 60602

Mueller & Co. LLP
2230 Point Blvd., Ste. 700
Elgin, IL 60123

Murphy Lomon/George Lyons
% Service Sanitation
POB 2206
Des Plaines, IL 60017-2206

National Enterprise Systems
% Arrow Financial Services-GEMoney
29125 Solon Rd.
Solon, OH 44139-3442


NCO Financial Systems
% Bank of America
507 Prudential Rd.
Horsham, PA 19044


NCT Collection Services, Inc.
% Safeco Surety
2811 Corporate Way
Miramar, FL 33025


Nigro, Westfall et al.
% Century Tile
1793 Bloomingdale Rd.
Glendale Heights, IL 60139


Orchard Bank
POB 17051
Baltimore, MD 21297-1051


OUI OUI Enterprises, LLC
1601 E. 130th St.
Chicago, IL 60633


Pave Works, Inc.
% Bellas & Wachowski
15 North N. Northwest Hgwy
Park Ridge, IL 60068-3339


Polbro Masonry, Inc.
7714 Adams St.
Forest Park, IL 60130-1716


Prairie Material
7601 W. 79th St.
Bridgeview, IL 60455


Rathbun, Cservenyak et al.
% Grand National Conveyor Serv.
3260 Executive Dr.
Joliet, IL 60431

Raymond A. Boldt
% TR-R Damroofing, Inc.
209 E. Park St.
Mundelein, IL 60060


Safeco Surety
2800 W. Higgins Rd.
Hoffman Estates, IL 60169


Service Sanitation
135 Blaine St.
Gary, IN 46406


Tadeusz Sowizrat
17528 Larkspur Ct.
Homer Glen, IL 60491


Tate & Kirlin Assoc.
% Arrow Financial Services, LLC
2810 Southhampton Rd.
Philadelphia, PA 19154


Teller, Levitt, & Silvertrust PC
% Vulcan Construction Materials
11 E. Adams St., Ste. 800
Chicago, IL 60603


TF Systems - The Verticle ICF, Inc.
330C Holmgren Way
Green Bay, WI 54304


The Chaet Kaplan Baim Firm
% Hillside Lumber
30 N. LaSalle St., Ste. 1520
Chicago, IL 60602


The Home Depot Credit Card
Citibank SD, NA
POB 2547
Waterloo, IA 50704-2547


TR-R Damroofing, Inc.
245 N. Garafield
Mundelein, IL 60060

United Concrete Waukegan, Inc.
3920 w. Hawthorne Court
Waukegan, IL 60087


Wells Fargo Home Mortgage
POB 5296
Carol Stream, IL 60197-5296


William Fashag
16345 W. Glendale Dr.
New Berlin, WI 53151-2841